**Opinion issued June 21, 2012.**



In The

# Court of Appeals
**For The**
# First District of Texas

---

## NO. 01-10-01142-CV

---

**DAMON TERRELL BROWN, Appellant**

**V.**

**SHAWNTE MONETTE, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-43441**

---

## MEMORANDUM OPINION

Appellant, Damon Terrell Brown, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk=s record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b)

(allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being notified that this appeal was subject to dismissal, appellantdid not adequately respond. *See*TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appealfor want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.